PD-0071-15

PD-0071-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/16/2015 11:53:22 AM
Accepted 1/22/2015 12:11:19 PM
ABEL ACOSTA
CLERK

No. 04-13-00754-CR

TO THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

JOSE ANGEL FLORES, JR.,                                    Appellant

v.

THE STATE OF TEXAS,                                        Appellee

Appeal from Guadalupe County

\* \* \* \* \*

STATE'S MOTION TO EXTEND TIME FOR
FILING ITS PETITION FOR DISCRETIONARY REVIEW

\* \* \* \* \*

FILED IN
COURT OF CRIMINAL APPEALS

January 22, 2015

ABEL ACOSTA, CLERK

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

Stacey M. Goldstein
Assistant State's Attorney
Bar I.D. No. 24031632

P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512-463-1660 (Telephone)
512-463-5724 (Fax)

No. 04-13-00754-CR

TO THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

JOSE ANGEL FLORES, JR.,                                                   Appellant

v.

THE STATE OF TEXAS,                                                       Appellee

* * * * *

STATE'S MOTION TO EXTEND TIME FOR
FILING ITS PETITION FOR DISCRETIONARY REVIEW

* * * * *

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State Prosecuting Attorney respectfully submits its motion to extend the time for filing its Petition for Discretionary Review.

Pursuant to Rule of Appellate Procedure 68.2(c), the State moves to extend the time for filing its petition until February 15, 2015—30 days after the current due date of January 16, 2015. No previous motions to extend the deadline for filing have been filed. This is a mandatory blood-draw case that will be controlled by the Court's ruling on the pending motion for rehearing in *State v. Villarreal*, No. PD-0306-14.

Given the unique procedural circumstances implicated here, counsel believes that the interests in judicial economy warrant granting an extension so that it can be determined whether the filing of a petition for discretionary review is necessary. Additionally, counsel needs additional time to review the record and draft the petition.

WHEREFORE, the State prays that its motion to extend the time for filing its petition for discretionary review until February 15, 2015, be granted.

Respectfully submitted,

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300


/s/ STACEY M. GOLDSTEIN
Assistant State Prosecuting Attorney
Bar I.D. No. 24031632


P.O. Box 13046
Austin, Texas 78701
information@spa.texas.gov
512-463-1660 (Telephone)
512-463-5724 (Fax)

## CERTIFICATE OF SERVICE

A copy of the State's Motion to Extend the Time for Filing its Petition for

Discretionary Review has been served on January 16, 2015, via certified electronic

service provider to:

Hon. Christopher M. Eaton
Guadalupe County Attorney's Office
211 West Court Street, 3rd Floor
Seguin, Texas 78155
chris.eaton@co.guadalupe.tx.us


Hon. Susan Schoon
Zamora & Schoon, PLLC
118 S. Union Avenue
New Braunfels, Texas 78130
sschoon@zslawoffice.com


/s/ STACEY M. GOLDSTEIN
Assistant State Prosecuting Attorney